IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KYRIMA ANDERSON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:26-cv-00267-MTT-AGH |
| TEMPEST DANIEL et al, | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 8, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 8th day of September, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk